IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ERIC RAYMOND,

                          Plaintiff,

v.

CoVANTAGE CREDIT UNION,
BONAFIDE RECOVERY, LLC,
MICHAEL MATIJEVIC and STRASSER & YDE, S.C.,

                          Defendants.

ORDER

17-cv-109-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Eric Raymond sued defendants CoVantage Credit Union, Bonafide Recovery, LLC, Michael Matijevic and Strasser & Yde, S.C. for allegedly violating his rights under both the Fair Debt Collection Practices Act and the Wisconsin Consumer Act while attempting to collect a debt from him. In an order dated July 14, 2017, I dismissed some of plaintiff's federal claims as untimely, but I gave him an opportunity to file supplemental materials showing that other federal claims could be saved under the "discovery rule," which can delay accrual when a party does not have sufficient notice of a potential claim.

      Plaintiff's deadline has come and gone, but he has not responded to the court's order. Accordingly, as I stated in the July 14, 2017 order, I am dismissing all of plaintiff's federal claims as untimely and relinquishing supplemental jurisdiction over the state law claims, in accordance with 28 U.S.C. § 1367(c)(3).

1

ORDER

IT IS ORDERED that

1.  Plaintiff Eric Raymond's claims under the Fair Debt Collection Practices Act are DISMISSED as untimely.

2.  Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE in accordance with 28 U.S.C. § 1367(c)(3).

3.  The clerk of court is directed to enter judgment accordingly.

4.  The court will address defendant CoVantage Credit Union's motion for attorney fees in a separate order after the parties complete briefing on the motion.

Entered this 10th day of August, 2017.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge